JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRA SOLOMOS, d/b/a His Song Piano,<br><br>　　Plaintiff,<br><br>　　v.<br><br>INNOVATIVE EDUCATION MANAGEMENT, INC., a California public benefit corporation; SKY MOUNTAIN CHARTER SCHOOL, a California public school; JOHN WILBERGER, an individual and employee of IEM; and DOES 1-10,<br><br>　　Defendants. | Case No. 5:18-cv-02239 MWF (KKx)<br><br>**ORDER ON STIPULATION TO REMAND CASE BACK TO RIVERSIDE COUNTY SUPERIOR COURT**<br><br>**Removed from State Court: October 19, 2018** |

## ORDER

Good cause appearing, IT IS ORDERED THAT:

　　1. Based on the stipulation of the parties, Plaintiffs' federal claims brought under

42 U.S.C. §§ 1983, and 1985 are dismissed with prejudice and Plaintiff may file her First Amended Complaint, a copy of which is attached hereto. Defendants waive notice of service of the First Amended Complaint.

2. In light of the fact that no federal claims remain, the Court declines to retain supplemental jurisdiction over this action, and this action is hereby REMANDED to state court;

3. Each Party shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action;

4. This Stipulation moots all pending motions before this Court, and all pending deadlines and hearings in this case shall be taken off the Court's calendar; and

5. The time for Defendants to file responses to the First Amended Complaint will be 30 days from the day the original court receives the case on remand.

Dated: November 27, 2018

_____
Michael W. Fitzgerald
United States District Judge